UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER LOWE HICKLIN
DC PLC,

    Plaintiff,

v.                                        CASE NO.: 8:14-cv-2118-T-23TGW

PURE BIOMED LLC, et al.,

    Defendants.
_____/

## **ORDER**

    The plaintiff submits (Doc. 8) a notice of voluntary dismissal. Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on December 5, 2014.

                                                                STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE